## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOSEPH RAY LeBLANC**                                                     **PLAINTIFF**
#273913

**v.**                             **CASE NO.  4:24-cv-01081-BSM**

**ERIC HIGGINS,** *et al.*                                                **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, including Joseph LeBlanc's objection, Magistrate Judge Jerome T. Kearney's recommendation [Doc. No. 3] is adopted. LeBlanc formally filed an objection [Doc. No. 7], but failed to specifically explain the factual or legal basis for any of his disagreements with the proposed recommendation.

LeBlanc may proceed with his conditions-of-confinement claim against Deputy Henderson.  All other claims are dismissed without prejudice.  The clerk is directed to update the case caption accordingly.

IT IS SO ORDERED this 18th day of February, 2025.

UNITED STATES DISTRICT JUDGE

1