IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH RAY LeBLANC**                                                 **PLAINTIFF**
**# 273913**

v.                    **CASE NO. 4:24-cv-01081-BSM**

**HENDERSON**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE